MARVIN R. HELMS, APPELLEE, V. MARY A. HELMS, APPELLANT.
397 N.W.2d 637

Filed December 19, 1986.   No. 86-574.

Virginia G. Johnson, for appellant.

Kent F. Jacobs of Blevens, Blevens & Jacobs, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The respondent wife, Mary A. Helms, appeals from the decree dissolving her marriage to the petitioner husband, Marvin R. Helms, on the basis that the trial judge erred in his treatment of the husband's military retirement and disability entitlements. Having reviewed the record de novo, as we are required to do, we conclude that the trial judge did not abuse his discretion in that regard.

Accordingly, the judgment of the district court is affirmed.

AFFIRMED.